CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JUL 2 0 2005

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

---

HERBERT PUTZ,

　　　　　　　　　　*Plaintiff,*

　　　v.

ANN FERGUSON,

　　　　　　　　　　*Defendant.*

CIVIL ACTION NO. 3:05-CV-00032

ORDER & OPINION

JUDGE NORMAN K. MOON

---

This matter is before the Court on Plaintiff's Motion to Dismiss the Notice of Removal,
filed July 12, 2005. Defendant asserts that removal of this action is proper under the Federal
Tort Claims Act, 28 U.S.C. § 2679. Plaintiff argues that removal is not proper under the Tort
Claims Act because Defendant Ann Ferguson was not acting within the scope of her
employment when the alleged acts occurred. However, certification of the Attorney General
shall conclusively establish scope of office or employment for purposes of removal. 28 U.S.C. §
2679(d)(2). The Attorney General filed such a certification in this case. Accordingly, the Court
DENIES Plaintiff's Motion to Dismiss.

　　　The Clerk of the Court is directed to send a copy of this Order to all parties.

ENTERED: _____
U.S. District Judge

7/20/05